# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

JH

Date: November 16, 2006

BEFORE:   Honorable JOEL M. FLAUM, Chief Judge

Honorable DANIEL A. MANION, Circuit Judge

Honorable ANN CLAIRE WILLIAMS, Circuit Judge

Nos. 05-4145 and 05-4150

EDWARD ADAMS, HELEN ADAMS, PEGGY L. ADAMS, et al.,
    Plaintiffs - Appellants

v.

CITY OF CHICAGO,
    Defendant - Appellee

Appeals from the United States District Court for the Northern District of Illinois, Eastern Division
Nos. 94 C 5727 and 00 C 3192, John A. Nordberg, Judge

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

(1061-110393)

FILED

DEC 2 6 2006

Dec. 26, 2006

MICHAEL W. DOBBINS
CLERK U.S DISTRICT COURT